IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BEE VANG,<br><br>    Petitioner,<br><br>vs.<br><br>ICE, Hall County Sheriff;<br><br>    Respondent. | 8:18CV52<br><br>**MEMORANDUM<br>AND ORDER** |

Petitioner has not paid the filing fee or submitted a motion to proceed in forma pauperis by the due date, March 15, 2018. Nor has Petitioner updated his address as ordered by the court. Accordingly,

IT IS ORDERED that the Petition for Writ of Habeas Corpus (filing no. 1) is denied without prejudice. The court will enter judgment by a separate document.

Dated this 3rd day of April, 2018.

            BY THE COURT:

            s/ *Richard G. Kopf*
            Senior United States District Judge